# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA D. SINK, | Case No: 8:20-cv-01237-MRW |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: 12/28/2020

THE HONORABLE MICHAEL R. WILNER
United States Magistrate Judge

-1-